CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal Number 02-388 (ESH) |
| ) | |
| ) | Category  B |
| ) | |
| #2: SALVATORE MANCUSO-  ) | |
| GOMEZ    ) | |
| #3: JUAN CARLOS SIERRA-  ) | |
| RAMIREZ    ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on May 29, 2008 from The Calendar Committee to Judge Ellen Segal Huvelle by direction of the Calendar Committee.

(Defendants are no longer fugitives.)

ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Huvelle & Courtroom Deputy
Liaison, Calendar and Case Management Committee
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk