UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
NOV 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Under Seal |
| JUAN CARLOS SIERRA-RAMIREZ | ) | Criminal No. 02-388 |
| A/K/A "EL TUSO" | ) | (ESH) |
| A/K/A "EL PRIMO," | ) | |
| | ) | UNSEALED |
| DEFENDANT | ) | |

### ORDER TO SEAL

This cause comes before the Court on the Government's Motion to Seal Plea Agreement, the Plea Proceeding and the Government's Motion to Seal. Considering the grounds raised in said motion, the Defendant's response and the Court being otherwise advised,

**IT IS HEREBY ORDERED** that the Plea Agreements of the defendant, Juan Carlos Sierra-Ramirez, a/k/a "El Tuso," a/k/a "El Primo," the Government's Motion to Seal, the plea proceedings on November 19, 2008, the docket entries and this Order to Seal are sealed until otherwise ordered by this Court.

_11/17/08_
DATE

_Ellen S. Huvelle_
ELLEN S. HUVELLE
UNITED STATES MAGISTRATE JUDGE

