UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 24 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

v.

JUAN CARLOS SIERRA-RAMIREZ

Criminal Case No.: 02-388 (ESH)

-- Under Seal --

UNSEALED

## ORDER

This matter is before the Court on a joint motion to continue the sentencing hearing date. After consideration of the motion, and the entire record, the Court finds that there is good cause for the motion and it is hereby

**ORDERED,** that the motion be and is hereby **GRANTED;** and, it is further

**ORDERED,** that the current sentencing hearing date is adjourned to the 20 day of July 2010, at 10:00 a.m./~~p.m.~~

SO ORDERED THIS 24 DAY OF MAY 2010.

E Shuvelk

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

