**FILED**
JAN -5 2011
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 02-388-03 - ESH |
| | : | (ESH) |
| v. | : | |
| | : | |
| JUAN CARLOS SIERRA-RAMIREZ, | : | FILED UNDER SEAL   UNSEALED |
| A/K/A "EL TUSO," | : | |
| A/K/A "EL PRIMO," | : | |
| | : | |
| DEFENDANT. | : | |

## MOTION FOR LIMITED UNSEALING OF RECORD

The United States of America, by and through the undersigned counsel, respectfully requests that this Court unseal the Plea Agreement and Statement of Facts in the instant case for the limited purpose of providing discovery in a criminal case pending in the Eastern District of New York in which the defendant is a named witness. As grounds for the motion, the United States submits the following:

1. On November 19, 2008, this Court accepted the guilty plea of the defendant and ordered that the Plea Agreement and Statement of Facts be placed under seal until further order of the court. This order was based on representations by the government.

2. Specifically, the government informed the Court that the defendant had agreed to cooperate with United States and Colombian law enforcement authorities. This cooperation included debriefings by law enforcement in various jurisdictions of the United States and with the Republic of Colombia, testimony before the Colombian Supreme Court and in hearings under the Colombian Justice and Peace Act. Public knowledge of the defendant's plea agreement and cooperation would create a risk of individuals fleeing, evidence being destroyed and physical

violence against the defendant and his family members. Accordingly, the government requested this Court to seal the Plea Agreement and Statement of Facts and other pleadings, documents and docket entries involving the defendant.

3. Since that time, the defendant has been requested by the United States Attorney's Offices in the Eastern District of New York for debreifings. Presently, the defendant is scheduled to testify in *United States v Carlos Arturo Patino Restrepo, 02-1188(S-13)(LDW-18)* in the Eastern District of New York. The trial, actually a retrial following a hung jury/mistrial, is scheduled to begin on January 24, 2011, in Brooklyn, New York. In preparation for this trial, the government must produce several documents in discovery.

4. Accordingly, the government makes this motion to unseal the Plea Agreement and Statement of Facts for the limited purpose of providing discovery in *United States v. Carlos Arturo Patino Restrepo, 02-1188(S-13)(LDW-18)*. If the defendant is called to testify at trial in the Eastern District of New York case, the government will then move this Court to unseal the entire court docket in the instant case, as the defendant's cooperation will become a matter of public record.

5. Defense attorney, Manuel J. Retureta, Esquire, has been notified and does not object to these documents being unsealed at this time for the limited purpose of providing discovery.

WHEREFORE, the United States respectfully requests that this Court unseal the Plea Agreement and Statement of Facts in the instant case for the limited purpose of providing discovery in the Eastern District of New York case *United States v Carlos Arturo Patino Restrepo, 02-1188(S-13)(LDW-18)*.

Respectfully submitted, this 6th day of January, 2011.

                              Arthur Wyatt, Chief
                              Narcotic and Dangerous Drug Section
                              Criminal Division
                              U.S. Department of Justice
                              Washington, D.C. 20530

By: _____
           Robert A. Spelke
           Trial Attorney
           Narcotic and Dangerous Drug Section
           Criminal Division
           U.S. Department of Justice
           Washington, D.C. 20530
             202-353-3807

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing government's Motion for Limited Unsealing was sent on this 6th day of January, 2011, first class, postage prepaid, to the following counsel of record:

Manuel J. Retureta, Esquire
1614 20th Street, N.W.
Washington, D.C. 20009

    and

Ron Earnest, Esquire
700 Carroll Avenue
Suite 200
Takoma Park, MD 20912

_____
Robert A. Spelke