UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLUMBIA

UNSEALED

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 02-388 - 03 |
| | (ESH) |
| v. | |
| JUAN CARLOS SIERRA-RAMIREZ, <br> A/K/A "EL TUSO," <br> A/K/A "EL PRIMO," | FILED UNDER SEAL |
| DEFENDANT. | |

**FILED**

JAN - 7 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### ORDER FOR LIMITED UNSEALING OF RECORD

This cause comes before the Court on the Government's Motion for Limited Unsealing of the Plea Agreement and Statement of Facts. Considering the grounds raised in said motion, and the Court being otherwise advised,

**IT IS HEREBY ORDERED** that the Plea Agreement and Statement of Facts are unsealed for the limited purpose of providing discovery in the Eastern District of New York case, *United States v Carlos Arturo Patino Restrepo, 02-1188(S-13)(LDW-18)*, Brooklyn, New York.

1/6/11  
1/8/11  
_____  
DATED

_E/L Shuck_  
_____  
ELLEN S. HUVELLE  
UNITED STATES DISTRICT JUDGE

