UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No.: 02-388 (3) (ESH) |
| | (Under Seal) |
| JUAN CARLOS SIERRA RAMIREZ, | |
| Defendant. | |

ORDER

The government has filed a motion for an extension of time to file its response to the defendant's motions for collateral relief. Defense counsel consents to the extension. For good cause shown, the motion is **GRANTED,** and it is hereby **ORDERED** that the government's response shall be filed on March 17, 2014. It is further **ORDERED** that this order and the government's motion shall be filed and maintained under seal.

Submitted this 18 day of March, 2014.

_E/u Shuel_
Ellen S. Huvelle, Judge, US District Court