# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Criminal Case No.:  02-388 (3) (ESH) |
| **JUAN CARLOS SIERRA RAMIREZ** | -- Filed Under Seal -- |

### *CONSENT* WAIVER OF PRESENCE
### OF DEFENDANT AT REVIEW HEARING

COMES NOW DEFENDANT, Juan Sierra Ramirez, by and through undersigned counsel, and respectfully waives his presence at the supervised release hearing scheduled for March 20, 2014.

Mr. Sierra Ramirez remains detained at an immigration prison in Farmville, Virginia, approximately three hours from Washington, D.C.  Transfer of Mr. Sierra Ramirez to Washington, D.C. would cause an undue hardship on Mr. Sierra Ramirez and the U.S. Marshal Service.  Government counsel consents to Mr. Sierra Ramirez's waiver.

WHEREFORE, Mr. Sierra Ramirez respectfully waives his presence at the review hearing scheduled for Thursday, March 20, 2014.

**RETURETA & WASSEM, P.L.L.C.**

By: _____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
Post Office Box #2787
Arlington, Virginia  22202
O - 202.450.6119 / F - 202.450.6109
MJR@RETURETAWASSEM.COM

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true copy of the foregoing pleading was served on all parties, under seal, pursuant to the Local Rules governing sealed pleadings this 19th day of February 2014.

By: _____
Manuel J. Retureta, Esq.

2