**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Case No. 02-388-02 Huvelle**


UNITED STATES OF AMERICA,

       Plaintiff,


vs.


SALVATORE MANCUSO-GOMEZ,
       Defendant.
_____


**NOTICE OF FILING EXHIBITS 1-15 OF**
**DEFENDANT'S SENTENCING MEMORANDUM IN AID OF SENTENCING**
**PURSUANT TO 18 U.S.C. § 3553 (a)**


      DEFENDANT, SALVATORE MANCUSO, hereby gives Notice of filing Exhibits  1-

15  to the Sentencing Memorandum in Aid of Sentencing Pursuant of 18 U.S.C. § 3553

(a), which was filed under seal.

                            Respectfully submitted,

                             /s/ Joaquin Perez
                           Joaquin Perez, Esq.
                           6780 Coral Way
                           Miami, Florida 33155
                           Tel: (305) 261-4000
                           Fax: (305) 662-4067
                           Fl. Bar No.: 335339
                           jplaw1@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filedl this 30th[th] day of March, 2015 and an electronic copy was sent to AUSA, Paul Laymon.

_/ s / Joaquin Perez_