UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 02-388-02 |
| | : | |
| SALVATORE MANCUSO-GOMEZ | : | |
|   a/k/a "El Mono," | : | |
|   a/k/a "Santander Lozada," | : | |
|     Defendant. | : | |

**RESPONSE TO EMERGENCY  MOTION TO CONTINUE SENTENCING**

Comes the United States, and responds to the defendant's Emergency Motion to Continue Sentencing, filed on April 2, 2015.

Defendant has moved to continue the sentencing hearing now scheduled for April 7, 2015, and has requested that the sentencing hearing be set in May 2015.  The government does not object to the motion to continue, and would concur with setting the sentencing hearing in May 2015.  The undersigned government counsel has all day hearings in district courts in New Jersey and the District of Columbia on May 7 and May 8, and is scheduled to be out of the district the week of May 11-15, 2015.

        Respectfully submitted,

        Arthur Wyatt
        Chief
        Narcotic and Dangerous Drug Section
        Criminal Division
        United States Department of Justice
        _____/s/_____
        By: Paul W. Laymon
        Narcotic and Dangerous Drug Section
        Criminal Divison
        U.S. Department of Justice
        paul.laymon@usdoj.gov
        202-330-1400

## CERTIFICATE OF SERVICE

    A copy of this motion was mailed, via electronic mail, to counsel for defendant, Joaquin Perez, 6780 Coral Way, Miami, Florida, on April 3, 2015.

                      _____/s/_____
                        Paul W. Laymon