**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Case No. 02-388-02 **Huvelle**

UNITED STATES OF AMERICA,

vs.

SALVATORE MANCUSO-GOMEZ

_____

**ORDER**

This matter came before this Court upon Defendant's Motion to unseal parts of the Sentencing Memorandum (DE129) and to submit a Redacted version on the Public record, and this court being fully advised in the premises, it is hereby

**ORDERED, ADJUDGED AND DECREED**:

1. The previously sealed Sentencing Memorandum (DE 129) is hereby partially unsealed.

2. The redacted sentencing memorandum shall be submitted to the clerk of the court for filing.

**DONE AND ORDERED** in chambers, on this _____ day of _____, 2015

_____
**Judge Ellen S. Huvelle**
United States District Judge