UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 02-388-02 **Huvelle**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

SALVATORE MANCUSO-GOMEZ,
       Defendant.
_____

## MOTION TO UNSEAL AND SUBMIT REDACTED SENTENCING MEMORANDUM

DEFENDANT, SALVATORE MANCUSO, by and through the undersigned attorney submits a Redacted Memorandum in Aid of Sentencing for Submission to the Clerk of the Court. In support thereof, Defendant would show:

1. The Disclosure of an unredacted Sentencing Memorandum will expose Defendant and his family in Colombia to an unreasonable risk of harm.

2. The undersigned has reviewed the unredacted memorandum with Mr. Mancuso, who has approved the content thereof.

3. The information included in the redacted Sentencing Memorandum is sufficient but no greater than necessary to advise the public of the nature of the pending litigation.

WHEREFORE, Defendant prays for the entry of an Order unsealing the previously submitted Sentencing Memorandum (DE 129) and submitting the redacted version in the Public record.

> Respectfully submitted,
>
> / s / Joaquin Perez
> Joaquin Perez, Esq.
> 6780 Coral Way
> Miami, Florida 33155
> Tel: (305) 261-4000
> Fax: (305) 662-4067
> Fl. Bar No.: 335339
> jplaw1@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed this 8th day of April, 2015 and an electronic copy was sent to AUSA, Paul Laymon.

> / s / Joaquin Perez