UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN CARLOS SIERRA-RAMIREZ,<br><br>Defendant. | Criminal No. 02-388-03 (ESH)<br><br>Related Case: 15-mc-410 |

## ORDER

Pursuant to the Show Cause Order issued in *In re: The Reporters Committee for Freedom of the Press, et al.,* Misc. No. 15-410, on April 14, 2015, as to *U.S. v. Sierra-Ramirez* [ECF No. 9], interested party Juan Sierra-Ramirez filed a list of documents that he requests to remain under seal in his criminal case, 02-388-03. Upon consideration of the motion, representations of counsel, and for good cause shown, it is hereby **ORDERED** that the following documents and proceedings are unsealed in *U.S. v. Sierra-Ramirez*, 02-CR-388-03, and shall be placed on the public docket by the Clerk of Court:

January 29, 2009 Order for joint status report as to Sierra-Ramirez;

June 2, 2009 Order for third joint status report as to Sierra-Ramirez;

October 29, 2009 Order for fourth joint status report as to Sierra-Ramirez;

February 2, 2010 Order for fifth joint status report as to Sierra-Ramirez;

March 14, 2011 Order unsealing record as to Sierra-Ramirez;

March 21, 2011 Order for seventh joint status report as to Sierra-Ramirez;

1

April 13, 2011 Consent motion to schedule sentencing hearing as to Sierra-Ramirez;

April 19, 2011 Order scheduling sentencing as to Sierra-Ramirez

April 28, 2011 Consent motion to temporarily transport Sierra-Ramirez

April 29, 2011 Order to transport Sierra-Ramirez

May 16, 2011 Order granting motion to continue sentencing

May 16, 2011 Notice of proposed sentencing dates [ECF No. 40]

Sept. 2, 2011 Notice of filing of sentencing exhibit as to Sierra-Ramirez

Sept. 20, 2011 Judgment and commitment as to Sierra-Ramirez [ECF No. 71]

Sept. 22, 2011 Unopposed motion to unseal transcript for limited purpose

Sept. 23, 2011 Order unsealing transcript as to Sierra-Ramirez

Aug. 6, 2012 Order to unseal judgment and commitment for limited purpose [ECF No. 52]

Feb. 20, 2013 Minute entry for status conference as to Sierra-Ramirez

Mar. 7, 2013 Order unsealing case for limited purpose as to Sierra-Ramirez [ECF No. 65]

Mar. 14, 2013 Minute entry for resentencing of Sierra-Ramirez

May 1, 2013 Consent motion for limited unsealing as to Sierra-Ramirez [ECF No. 69]

May 2, 2013 Order unsealing for limited purposes as to Sierra-Ramirez [ECF No. 70]

Sept. 11, 2013 Consent motion to reschedule hearing as to Sierra-Ramirez [ECF No. 75]

Sept. 12, 2013 Order to continue hearing as to Sierra-Ramirez [ECF No. 77]

Nov. 6, 2013 Minute order canceling status conference as to Sierra-Ramirez

Jan. 8, 2014 Minute order resetting supervised release hearing as to Sierra-Ramirez

Feb. 18, 2014 Motion to waive appearance of Sierra-Ramirez [ECF No. 85]

Feb. 19, 2014 Minute order waiving appearance of Sierra-Ramirez

Feb. 28, 2014 Motion to appear pro hac vice as to Sierra-Ramirez [ECF No. 89]

Feb. 28, 2014 Minute order granting pro hac vice motion as to Sierra-Ramirez

Feb. 28, 2014 Minute entry for supervised release hearing as to Sierra-Ramirez

Mar. 14, 2014 Motion for extension of time as to Sierra-Ramirez [ECF No. 91]

Mar. 19, 2014 Order granting [91] as to Sierra-Ramirez [ECF No. 93]

Mar 19, 2014 Consent waiver of presence of Sierra-Ramirez [ECF No. 95]

Mar 19, 2014 Motion to quash as to Sierra-Ramirez [ECF No. 96]

Mar 20, 2014 Minute entry for motions hearing as to Sierra-Ramirez

Mar. 20, 2014 Order granting specific performance as to Sierra-Ramirez [ECF No. 97]

May 12, 2014 Motion for extension of time as to Sierra-Ramirez [ECF No. 98]

May 12, 2014 Order granting motion for extension of time [ECF No. 99]

May 19, 2014 Joint motion to continue supervised release review hearing [ECF No. 103]

May 19, 2014 Order to continue hearing as to Sierra-Ramirez [ECF No. 104]

May 19, 2014 Order waiving presence of Sierra-Ramirez [ECF No. 105]

It is further **ORDERED** that the remaining documents and proceedings shall remain under seal pending further order of the Court.

**SO ORDERED**.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   May 5, 2015