# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Criminal No. 02-388-02 (ESH)** |
| **SALVATORE MANCUSO-GOMEZ,** | Related Case: 15-mc-410 |
| **Defendant.** | |

## ORDER

Upon consideration of the Application to Unseal filed in related case, *In re: The Reporters Committee for Freedom of the Press, et al.,* Misc. No. 15-410, on April 03, 2015, the government's motion to request document remain under seal filed May 05, 2015 [ECF No. 152], defendant's motion to request document remain under seal filed May 05, 2015 [ECF No. 154], the entire record, and for good cause shown, it is hereby **ORDERED** that all filings in *U.S. v. Salvatore Mancuso-Gomez*, 02-cr-388-02, are unsealed except for the government's sentencing memorandum and motion pursuant to U.S.S.G. 5K1.1 (Feb. 18, 2015 [ECF Nos. 114 – 115]) and defendant's memorandum in aid of sentencing and motion pursuant to U.S.S.G. section 5K1.1 (Mar. 31, 2015, Ex. to Mot. for Leave to File Doc. [ECF 131] Under Seal, [ECF No. 130-2]; Apr. 1, 2015 [ECF No. 131]).  These filings shall remain under seal pending further order of the Court.  The Clerk of Court is directed to unseal all remaining filings.

**SO ORDERED**.

/s/  *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:  May 05, 2015