**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 02-388-02 (ESH)** |
| | : | |
| | : | |
| **SALVATORE MANCUSO-GOMEZ** | : | |
|   a/k/a "El Mono," | : | |
|   a/k/a "Santander Lozada," | : | |
|    Defendant. | : | |
| | : | |

**GOVERNMENT'S MOTION CONCERNING UNDERSEAL DOCUMENTS**

Comes the United States and moves as follows concerning certain underseal documents.

At the direction of the District Court, the government submits the attached redacted version of its Memorandum in Aid of Sentencing.   The government is not moving to redact any part of the addendum to its Memorandum in Aid of Sentencing.

However, in regards to the government's Second Addendum to Memorandum in Aid of Sentencing, filed under seal and *ex parte,* the government moves to keep that entire document, consisting of two pages, under seal. This Second Addendum refers to a matter which remains sealed in another district court. The information contained in the Second Addendum refers to an ongoing investigation which if revealed would jeopardize the ongoing investigation and the safety of law enforcement officials and their associates who are involved in the investigation. Similarly, in regards to the transcript of a hearing held in this case on April 1, 2015, the government would move to redact and place under seal pages 51 and 63 through 73. Those pages contain a discussion of the same information disclosed in the Second Addendum.

Respectfully submitted,

Arthur Wyatt
Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

_____/s/_____
By: Paul W. Laymon, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
paul.laymon@usdoj.gov
202-330-1400

## CERTIFICATE OF SERVICE

On July 8, 2015, the government provided a copy of this reply via email to Joaquin Perez, 6780 Coral Way, Miami, Florida.

_____/s/_____
Paul W. Laymon