UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SALVATORE MANCUSO-GOMEZ,<br><br>Defendant. | Criminal No. 02-388-02 (ESH) |

### ORDER

Upon consideration of the government's Motion to Clarify and Redact Underseal Documents (*see* Mot. to Clarify, July 8, 2015 [ECF No. 227]) and defendant's Notice of Redacted Document (*see* Redacted Doc., July 10, 2015 [ECF No. 229], it is hereby

**ORDERED** that the motion [ECF No. 227] is GRANTED; it is further

**ORDERED** that attachment 1 to the motion, Government's Redacted Memorandum in Aid of Sentencing and Mot. Pursuant to U.S.S.G. § 5K1.1 [ECF No. 227-1], shall be filed on the public docket and entered as of the date the unredacted version was originally filed; it is further

**ORDERED** that defendant's proposed redactions [ECF No. 229] are GRANTED, and the redacted version of defendant's Memorandum in Aid of Sentencing Departure Under U.S.S.G. § 5K1.1 [ECF No. 229] shall be filed on the public docket and entered as of the date the unredacted version was originally filed.

**SO ORDERED**.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   September 9, 2015