**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Criminal No. 02-388-03 (ESH)** |
| **JUAN CARLOS SIERRA-RAMIREZ,** | Related Case: 15-mc-410 |
| **Defendant.** | |

**ORDER**

Upon consideration of the entire record, representations of counsel, and for good cause shown, it is hereby **ORDERED** that the following documents are unsealed in *U.S. v. Sierra Ramirez*, 02-cr-388-03, and shall be placed on the public docket by the Clerk of Court:

May 13, 2011 Order granting defendant's Mot. To Seal Sent. Memo

July 14, 2011 Order granting defendant's Mot. To Cont. Sent.

March 5, 2013 Consent Mot. to Unseal Case for Limited Purposes [ECF No. 64]

March 19, 2014 Opposition to Gov.'s Mot. to Quash [ECF No. 92].

It is further **ORDERED** that Sierra Ramirez's proposed redactions to the March 14, 2014 Mot. for Habeas Relief [ECF No. 90] and the May 16, 2014 Consent Mot. to Waive Def.'s Presence at Hearing [ECF No. 102] are GRANTED; it is further

**ORDERED** that copies of these redacted documents, which were filed as Exhibits 2 and 3 to Sierra Ramirez's August 26, 2015 filing in *In re Reporters Committee for Freedom of the Press et al.*, 15-mc-410 [ECF No. 23], shall be filed on the public docket in *U.S. v. Sierra Ramirez*, 02-cr-388-03.

**SO ORDERED**.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   Sept. 9, 2015